# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.D.J., a minor through her guardian<br>ad litem Lacole Spaulding,<br><br>Plaintiff,<br><br>V.<br><br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br><br>Defendant. | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>(Doc. 2)<br><br><br>CASE NUMBER: 1:18-CV-00325-GSA |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X] GRANTED

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTERED: March 8, 2018

**/s/ Gary S. Austin**

United States Magistrate Judge Gary S. Austin
