# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.D.J., a minor<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:18-CV-00325 GSA<br><br>**ORDER GRANTING LACOLE SPAULDING'S MOTION TO APPOINT AS GUARDIAN AD LITEM**<br><br>**(Doc. 3)** |

On March, 7, 2018, Plaintiff filed a Motion to Appoint Lacole Spaulding, who is Plaintiff's mother, as *guardian ad litem*. (Doc. 3). Upon a review of the application, the Motion to Appoint Lacole Spaulding, as the *guardian ad litem* for Plaintiff, N.D.J. (Doc. 3), is GRANTED.

IT IS SO ORDERED.

   Dated: __**March 8, 2018**__        __/s/ Gary S. Austin__
                                                                    UNITED STATES MAGISTRATE JUDGE