MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LACOLE SPAULDING, on behalf of N.D.J., a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-00325-GSA<br><br>STIPULATION & ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from September 25, 2018 to October 25, 2018, to respond to Plaintiff's Confidential Letter Brief pursuant to paragraph 4 of this Court's Scheduling Order. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel has been out ill and requires additional time to review the record, to evaluate the issues and case law raised in Plaintiff's Confidential Letter Brief, to determine whether options exist for settlement, and to

1

prepare Defendant's response if settlement is not possible. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: September 25, 2018        DRAKE & DRAKE PC

By: */s/ Roger D. Drake*\
BESS M. BREWER\
Attorneys for Plaintiff\
[*As authorized by e-mail on Sept. 25, 2018]

Dated: September 25, 2018        MCGREGOR W. SCOTT\
United States Attorney\
DEBORAH LEE STACHEL\
Regional Chief Counsel, Region IX\
Social Security Administration

By: */s/ Margaret Branick-Abilla*\
MARGARET BRANICK-ABILLA\
Special Assistant United States Attorney\
Attorneys for Defendant

IT IS SO ORDERED.

Dated: **September 25, 2018**         **/s/ Gary S. Austin**\
UNITED STATES MAGISTRATE JUDGE